```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 54075
   MIGUEL SANCHEZ
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-5028

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/14/2005 and was confirmed 01/12/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/20/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    NOTICE ONLY     NOT FILED        .00           .00
NATIONAL CITY MORTGAGE    CURRENT MORTG   27036.99         .00         27036.99
NATIONAL CITY MORTGAGE    MORTGAGE ARRE   22255.87         .00          6154.71
BANCO POPULAR             UNSECURED       NOT FILED        .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED        .00           .00
M POWER COMMUNICATIONS    UNSECURED       NOT FILED        .00           .00
NEXTEL                    UNSECURED       NOT FILED        .00           .00
NICOR GAS                 UNSECURED        3415.25         .00           .00
STATE FARM INSURANCE CO   UNSECURED       NOT FILED        .00           .00
UNIVERAL INVESTMENTS      UNSECURED       NOT FILED        .00           .00
TIMOTHY K LIOU            UNSECURED        2261.48         .00           .00
JOHN J LYNCH              DEBTOR ATTY     2,394.00                     2,394.00
TOM VAUGHN                TRUSTEE                                      2,214.30
DEBTOR REFUND             REFUND                                       2,500.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 40,300.00

PRIORITY                                              .00
SECURED                                         33,191.70
UNSECURED                                             .00
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                             2,214.30
DEBTOR REFUND                                    2,500.00
                        ---------------         ---------------
TOTALS                  40,300.00               40,300.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 54075 MIGUEL SANCHEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE